UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARIO TORRES,

    Plaintiff,

v.

CALIFORNIA DEPARTMENT OF CORRECTIONS & REHABILITATION, et al.,

    Defendants.

Case No. 19-cv-03851-SK

**ORDER OF DISMISSAL**

Regarding Docket No. 22

On January 30, 2020, the Court granted the motions to dismiss filed by Defendants California Department of Corrections and Rehabilitation ("CDCR"), California Correctional Health Care Services, M. Creamer-Todd, M. Grewal, T. Selby, and R. Robinson and joined by California Correctional Health Care Services ("CCHCS"). (Dkt. No. 22.) The Court dismissed Plaintiff's claims against CDCR, CCHS, the Correctional Training Facility and Wasco State Prison with prejudice. (*Id*.) The Court further severed and dismissed Plaintiff's claims against Grewal and the Doe correctional officer defendants arising out of events at Wasco State Prison without prejudice as to Plaintiff filing a new complaint against these defendants in the Eastern District of California. (*Id*.)

With respect to Creamer, Selby, and Robinson, the Court dismissed Plaintiff's claims against them without prejudice and directed Plaintiff to file his amended complaint against these defendants, if he elected to do so, by no later than February 28, 2020. (*Id*.) This deadline has passed and to date, Plaintiff has not filed an amended complaint against Creamer, Selby and/or

///

///

Robinson.  Therefore, the Court HEREBY DISMISSES this action.  The Court will issue a separate judgment.  The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: March 23, 2020



SALLIE KIM
United States Magistrate Judge